## (May 19, 1960)

■ MILDRED KAPLAN, Respondent, v. MORRIS KAPLAN, Appellant.— Motion for reargument and for other relief referred to the court that rendered the decision. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

## (May 23, 1960)

■ HAZEL F. BITTSON, Respondent, v. ANTHONY J. BITTSON, Appellant. LOUIS M. WOLF, Respondent.— Motion for a stay denied, without costs. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ EDWARD T. CROWE, as Executor of NORA G. HAGGERTY, Deceased, Appellant, v. HARRY LE ROY SCHULMAN, Respondent.— Motion to add appeal to the June 1960 Term Calendar denied, without costs. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ JOHN CUNNINGHAM, Appellant, v. GODFREY P. SCHMIDT, Respondent. — Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ JOHN ESPOSITO, Individually and as Guardian ad Litem of JOSEPH ESPOSITO, an Infant, Respondent, v. CITY OF NEW ROCHELLE, Defendant, and BENEDETTO MARCIANO et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.